FILED by _HK_ D.C.

FEB 08 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court **Southern** District of Florida | |
|---|---|
| Name (under which you were convicted): Joseph Dario Kamer | Docket or Case No.: 1:13-cr-20608-FAM-1 |
| Place of Confinement: FCI-1, Oakdale, LA | Prisoner No.: 01759-104 |
| UNITED STATES OF AMERICA v. | Movant (include name under which you were convicted) Joseph Dario Kamer |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Southern District of Florida
   Miami Division
   Wilkie D. Ferguson, Jr. U.S. Courthouse
   400 North Miami Ave., Suite 13-3, Miami, FL 33128

   (b) Criminal docket or case number (if you know): 1:13-cr-20608-FAM-1

2. (a) Date of the judgment of conviction (if you know): December 4, 2013

   (b) Date of sentencing: December 4, 2013

3. Length of sentence: 180 months, lifetime supervised release

4. Nature of crime (all counts):
   Count 1- 2252(a)(4)(B) and (b)(2), Possession of Child Pornography
   Count 2- 2252(a)(2) and (b)(1), Receipt of Child Pornography

   t/div 2255/510 Miami
   Case # 13cr20608
   Judge Moreno   Mag White
   Motn Ifp no    Fee pd $ 0
   Receipt #

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐

**SCANNED**

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐

9. If you did appeal, answer the following:

    (a) Name of court: United States Court of Appeals, Eleventh Circuit

    (b) Docket or case number (if you know): 13-15750

    (c) Result: Affirmed

    (d) Date of result (if you know):

    (e) Citation to the case (if you know):

    (f) Grounds raised:
    1- Sentence was based on clearly erroneous facts.
    2- Did not consider the need for victim restitution before imposing sentence.
    3- Did not adequately consider the need to avoid unwarranted sentence disparities.

    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

    If "Yes," answer the following:

    (1) Docket or case number (if you know):

    (2) Result:

    (3) Date of result (if you know):

    (4) Citation to the case (if you know):

    (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ☐    No ☐

(7) Result:

(8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ☐    No ☐

(7) Result:

(8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:      Yes ☐    No ☐

(2) Second petition:    Yes ☐    No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:**
The district court failed to ensure that Movant understood the nature of the charges.
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

During the plea hearing, the prosecutor read the indictment to movant. Movant expressed that he did not know what it means. The Court said the movant looked at his lawyer and was hesitant. The record does not show the Court explaining the charges or ensuring the movant understood the charges.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

The movant told his appellant counsel to raise this issue and counsel agreed to do so. Months later movant found out counsel did not include this issue on the appeal.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐  No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:


Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

Did not know that issue was not included in appeal.


**GROUND TWO:**
Plea was not knowing and voluntary because counsel was ineffective for failing to advise the movant on the nature of the charges.
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Before the plea hearing, Movant advised his counsel he destroyed his computers with the child pornography on them. Counsel advised movant that he would see what he could do. A day before the plea hearing, the Movant advised his counsel that he wasn't sure what the charges meant. Counsel just advised Movant to plead guilty without explaining the charges and a defense under §2252(c). At the guilty plea proceedings the movant did not understand the charges.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

Movant did not know that counsel was ineffective at that time.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:**
Plea was not knowing and voluntary because Counsel was ineffective for failing to advise movant on a potential affirmative defense.
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Before the plea hearing movant advised his cousel several times that the movant had destroyed images on both computers. Counsel failed to investigate the possible claim of the movant before the plea hearing. During the sentencing proceeding, counsel told the Court the defendant destroyed at least one computer. Had counsel advised movant on the available affirmative defense, movant would have proceeded to trial.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why:
Movant did not know that counsel was ineffective at that time.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Page 9

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**
Counsel was ineffective for failing to object to the guideline points enhancement.
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
The district court double counted a four (4) level increase at sentencing. Use of a computer 2G2.2(b)(6) and material involving a minor who had not attained the age of 12 years, 2G2.(b)(2). At the plea proceeding, the government calculated sentencing range was 121-151 months for an offense level of 32. At sentencing it increased to 151-170 months at an offense level of 34. Had counsel objected to the double counting on 2G2.2(b)(6) and (b)(2), sentencing guideline range would have been 97-121 months for offense level 30 to 121-151 months for offense level 32.

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

Did not know at the time that the counsel was ineffective.

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?     Yes ☐   No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing:
        Ayuban Antonio Tomas

(b) At arraignment and plea:
        Ayuban Antonio Tomas

(c) At trial:
        N/A

(d) At sentencing:
        Ayuban Antonio Tomas

(e) On appeal:

        Andrew Kewel

(f) In any post-conviction proceeding:

        N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

        N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☒

  (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

  (b) Give the date the other sentence was imposed:

  (c) Give the length of the other sentence:

  (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief:

See attached <u>Brief in Support</u>.

or any other relief to which movant may be entitled.

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on _Feb 3, 2016_ (date).

_____

Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.



Joseph D. Kamel
C4759-104
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463-5000
CERTIFIED MAIL
7015 1730 0000 0755 9336
1006
33128
U.S. POSTAGE
PAID
OAKDALE, LA
71463
FEB 04, 16
AMOUNT
$0.00
R2305H127852-04
PRIORITY
★ MAIL ★
TRACKED
★ ★ ★
INSURED
UNITED STATES
POSTAL SERVICE.
For Domestic Use Only
Label 107R, July 2013
USPS
Office of the Clerk
United States District Court
Southern District of Florida
400 North Miami Ave., Suite 13-3
Miami, FL 33128
PRIORITY
★ MAIL ★
TRACKED
★ ★ ★
INSURED
UNITED STATES
POSTAL SERVICE.
For Domestic Use Only
Label 107R, July 2013

7015 1730 0000 0755 9336