UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-20451-CIV-MORENO**

JOSEPH DARIO KAMER,

      Movant,

vs.

UNITED STATES OF AMERICA,

      Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on any dispositive matters (D.E. 3) on February 8, 2016.

THE COURT has made a *de novo* review of the entire file and record, including the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and is otherwise fully advised in the premises.  It is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (D.E. 7) is **AFFIRMED AND ADOPTED**.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

(1)    Movant's motion to vacate is **DENIED**, no Certificate of Appealability shall issue;

(2)    The Objections are **OVERRULED**;

(3)    All pending motions are **DENIED AS MOOT**;

(4)    The case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this _30_ of March 2016.


_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Patrick A. White

Counsel of Record

Joseph Dario Kamer, *pro se*
Reg. No. 01759-104
Oakdale FCI
 Federal Correction Institution
Inmate Mail/Parcels
Post Office Box 5000
Oakdale, LA 71463